# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AM( | E 1636493 | Tih | 18860 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 03/30/2025 2055 | AL 32-5A-31 |

**Place of Offense:** Christian Rd / Andrews Ave

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Failure to obey stop sign
AL 32-5A-31
W/M/O-3CPT/A co 1-145

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Steward | Jordan | D |

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| RZQ6436 | GA | 20 | Chev/Silverado | | Blue |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov**
$ 80 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| TBD | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*E1636493*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 30 March, 2025 while exercising my duties as a law enforcement officer in the Fort Novosel District of Alabama.

At 2055 hrs I observed a Blue in color Chevy bearing GA Registration at the intersection of Christian Rd and Andrews Ave, fail to come to a complete stop at the posted stop sign. I activated my emergency equipment and initiated a traffic stop. The driver was identified as Steward, Jordan D. (D.O.B. 1/27/03) license number (GA) 056256032. I conducted an NCIC check on Steward's Georgia vehicle it came back clear. I also told him his car was going to need to be towed due to expired registration, he appeared to be irritated that the vehicle was going to be towed. I issued Steward 2 CVB notices. Steward was released and his vehicle was towed.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/30/2025 [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/08/2025 15:23
CVB SCAN 04/08/2025 15:23